<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 98-6402

_____

ROBERT STEVEN LOGAN,

Plaintiff - Appellant,

versus

EARL BROWN, Unit Manager; CHARLES BROCK,
Deputy Warden; RICHARD LINDLER, Warden; L. F.
BESSINGER, Warden; JOYCE BROWN, Unit Manager;
CHARLES MOORE, Inmate Representative; JAMES L.
HARVEY, Regional Administrator; WILLIAM D.
CATOE, Deputy Commissioner for Operations;
PARKER EVATT, Ex-Commissioner; JOHN R. MAXEY,
Investigator; GENE NOLES, Assistant Ombudsman;
SAMMIE D. BROWN, Director of Classification;
MICHAEL MOORE, Commissioner; E. JENNINGS, Cor-
rectional Officer; T. MURRAY, Lieutenant;
SAMPSON PARKER, JR., Correctional Officer;
TARA HOPKINS, Correctional Officer, TIM RILEY,
Chief of Monitoring and Evaluation Branch,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Henry M. Herlong, Jr., District
Judge.  (CA-97-296-3-20-BC)

_____

Submitted:  September 15, 1998      Decided:  October 19, 1998

_____

Before WILLIAMS and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

————————————

Robert Steven Logan, Appellant Pro Se. W. Howard Boyd, Jr., GIBBES, GALLIVAN, WHITE & BOYD, P.A., Greenville, South Carolina, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Logan v. Brown</u>, No. CA-97-296-3-20-BC (D.S.C. Feb. 6, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>